

FILED

JAN 2 4 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WALLACE MITCHEll
_____

*Your full name*

v.

1. R. SKINNER, 2. Lieutenant SANDERS
3. Lieutenant CARR 4. Lieutenant HENDERSON
5. SHANE HIXENBAUGH, 6. COUNSELOR McDUFFIE
7. A. BURKE, 8. OFFICER WYLES *

\* *Enter above the full name of defendant(s) in this action*

\*( SEE ATTACHED PAGE)

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
**(*BIVENS* ACTION)**

Civil Action No.: 5:22cv 12
*(To be assigned by the Clerk of Court)*

Bailey
mAzzone
Blalock

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201, AND 42 U.S.C. §1985, 42 U.S.C. §1985, 5 U.S.C. § 553, 18 U.S.C. 4042.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: WALLACE MITCHEll Inmate No.: 51443.060
Address: P.O. BOX 26030, BEAUMONT, TX 77720 6030

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

DEFENDANTS CONTINUED *

9. OFFICER PITT
10. OFFICER PARKER
11. VERNON BYRD
12. OFFICER WARE
13. OFFICER C. DAVIS
14. GREGORY MIMS, MD
15. DR. COUCH
16. RICHARD A. HUDGINS
17. J. KIDDER


* IN BOTH THEIR OFFICIAL AND INDIVIDUAL
CAPACITIES * MONETARY RELIEF IN THEIR INDIVIDUAL
CAPACITIES; INJUNCTIVE AND DECLATORY RELIEF IN THEIR
OFFICIAL CAPACITIES

- 1 (a) -

B.    Name of Defendant: R. SKINNER
      Position: PRISON GUARD
      Place of Employment: USP-HAZELTON
      Address: P.O. BOX 450, SKY VIEW DR,
      BRUCETON MILLS, WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes    ☐ No

      If your answer is "YES," briefly explain: ALL INCIDENTS OCCURED
      AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY

B.1   Name of Defendant: Lieutenant SANDERS
      Position: PRISON GUARD
      Place of Employment: USP-HAZELTON
      Address: P.O. BOX 450, SKY VIEW DR,
      BRUCETON MILLS, WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes    ☐ No

      If your answer is "YES," briefly explain: ALL INCIDENTS OCCURED AT
      FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY

B.2   Name of Defendant: Lieutenant CARR
      Position: PRISON GUARD
      Place of Employment: USP-HAZELTON
      Address: P.O. BOX 450 SKY VIEW DR,
      BRUCETON MILLS, WV 26525
      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: All incidents occured at Federal prison while defendant was on duty

B.3   Name of Defendant: Lieutenant Henderson
Position: Prison Guard
Place of Employment: USP - Hazelton
Address: P.O. Box 450, Sky View Dr.
Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: All incidents occured at Federal prison while defendant was on duty.

B.4   Name of Defendant: Shane Hixenbaugh
Position: Prison Counselor Guard
Place of Employment: USP - Hazelton
Address: P.O. Box 450, Sky View Dr.
Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: All incidents occured at Federal prison while defendant was on duty

B.5    Name of Defendant: _Counselor Mc Duffie_

Position: _Prison Counselor Guard_

Place of Employment: _USP - Hazelton_

Address: _P.O. Box 450 CRk View Dr,_
_Bruceton Mills, WV 26525_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: _All Incidents occured At Federal prison while Defendant was on Duty_

☆ SEE Attached Page

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _USP - Beaumont, Texas_

A.    Is this where the events concerning your complaint took place?
☐ Yes        ☒ No

If you answered "NO," where did the events occur?
_USP- Hazelton, West Virginia_

B.    Is there a prisoner grievance procedure in the institution where the events occurred?        ☐ Yes        ☒ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☐ Yes        ☐ No

D.    If your answer is "NO," explain why not: _Accused Defendants McDuffie, Hixenbaugh And Hudson, inMate Are Not Allowed to file Grievances At USP-Hazelton_

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

PARTIES CONTINUED

B.6 NAME OF DEFENDANT: A. BURKE, PRISON GUARD USP-HAZELTON, P.O. BOX 450, SKY VIEW DR, BRUCETON MILLS, WV 26525, ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.7 NAME OF DEFENDANT: OFFICER WYLES, PRISON GUARD USP-HAZELTON, P.O. BOX 450 SKY VIEW DR BRUCETON MILLS, WV 26525, ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.8 NAME OF DEFENDANT: OFFICER PITT AKA BUN-BUN, PRISON GUARD, USP-HAZELTON, P.O. BOX 450, SKY VIEW DR, BRUCETON MILLS, WV 26525 ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

3.9 NAME OF DEFENDANT: OFFICER PARKER, PRISON GUARD USP-HAZELTON PO BOX 450, SKY VIEW DR, BRUCETON MILLS, WV 26525, ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

-4(a)-

B.10 NAME OF DEFENDANT; VERNON BYRD, AKA LIMU EMU, PRISON GUARD, USP-HAZELTON, SKY VIEW DR, BRUCETON MILLS, WV 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.11 NAME OF DEFENDANT; OFFICER WARE, PRISON GUARD, USP-HAZELTON, SKY VIEW DR, BRUCETON MILLS, WV, PO BOX 450; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.12 NAME OF DEFENDANT; OFFICER C. DAVIS, PRISON GUARD, USP-HAZELTON, P.O. BOX 450 SKY VIEW DR, BRUCETON MILLS, WV 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.13 NAME OF DEFENDANT; GREGORY MIMS, MD, PHYSICIAN, USP-HAZELTON, PO BOX 450, SKY VIEW DR, BRUCETON MILLS, WV, 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.14 NAME OF DEFENDANT; DR. COUCH, PSYCHOLOGIST, USP-HAZELTON, PO BOX 450, SKY VIEW DR, BRUCETON MILLS, WV 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY.

B.15 NAME OF DEFENDANT: RICHARD A. HUDGINS, PRISON GUARD, USP-HAZELTON, PO BOX 450 SKY VIEW DR., BRUCETON MILLS, WV 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE DEFENDANT WAS ON DUTY

B.16 NAME OF DEFENDANT: J. KIDDER, PRISON GUARD, USP-HAZELTON, PO BOX 450, SKY VIEW DR., BRUCETON MILLS, WV 26525; ALL INCIDENTS OCCURED AT FEDERAL PRISON WHILE THE DEFENDANT WAS ON DUTY.

- 4 (c) -

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes      ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
(If federal court, name the district; if state court, name the county)

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.   Name of Judge(s) to whom case was assigned:
_____

6.   Disposition: _____
(For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing lawsuit:_____

8.     Approximate date of disposition. Attach Copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☑ Yes      ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

I Asked the Defendants to Begin A criminal investigation And to Return All of property

E.     Did you exhaust available administrative remedies?
        ☑ Yes      ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I Requested the forms necessary to initiate the grivance process, And was Denied, And further told that inmates Are not Allowed to file grievance At USP - Hazelton. Further plaintiff was threatened with Retaliation if he tried to pursue his grievances

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"    N/A

1.     Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.  Name and location of court and case number:

_____

_____

_____

3.  Grounds for dismissal:   □ frivolous   □ malicious
    □ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: DEFENDANTS SKINNER AND PITT FORCIBLY PERFORMED ORAL SEX ON THE PLANTIFF CONSTITUTING A SEXUAL ASSAULT, AND FURTHER DEPRIVED HIM OF PROPERTY WITHOUT DUE PROCESS AND INTERFERED WITH HIS RIGHT TO FREE SPEECH AND TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, AND PUNISHMENT WITHOUT DUE PROCESS.

Supporting Facts: ON OR ABOUT AUGUST 17, 2021 AT

USP-HAZELTON DEFENDANTS SKINNER AND PITT FORCED THE PLAINTIFF TO RECIEVE ORAL SEX FROM THEM AND AFTER PLAINTIFF THREATENED TO REPORT THEM, THEY STOLE PLAINTIFF'S EYE GLASSES AND PERSONAL AMERICESS AND FORCED THE PLAINTIFF INTO A CELL WITH AN INMATE PLAINTIFF HAD IDENTIFIED AS AN ENEMY WHERE PLAINTIFF WAS ASSAULTED BY THE INMATE (SEE NEXT PAGE)

CLAIM 2: DEFENDANTS SANDERS AND HUDGINS FAILED TO PROTECT PLAINTIFF FROM HARM AND CRUEL AND UNUSUAL PUNISHMENT AND CAUSED THE PLAINTIFF TO SUFFER CRUEL AND UNUSUAL PUNISHMENT AND PUNISHMENT WITHOUT DUE PROCESS

Supporting Facts: ON OR ABOUT August 17, 2021, AT USP-HAZELTON, PLAINTIFF INFORMED DEFENDANTS SANDERS AND HUDGINS THAT HE WAS IN DANGER OF BEING SEXUALLY ASSAULTED BY SKINNER AND PITT, AND A NUMBER OF KNOWN AND UNKNOWN INMATES AND SANDERS AND HUDGINS FAILED TO TAKE CORRECTIVE ACTION (SEE NEXT PAGE)

CLAIM 3: PLAINTIFF WAS FORCED INTO CELLS WITH INMATES HE HAD IDENTIFIED AS ENEMIES AND FORCED TO ENGAGE IN GLADIATOR BATTLES IN VIOLATION OF THE RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, AND PUNISHMENT WITHOUT DUE PROCESS

Supporting Facts: ON OR ABOUT AUGUST 17 2021 THROUGH ON OR ABOUT OCTOBER 20, 2021 DEFENDANTS CARR HENDERSON PITT BYRNE BYRD, WARE DAVIS LOUGH AND HUDGINS REPEATEDLY FORCED PLAINTIFF INTO CELLS WITH INMATES HE IDENTIFIED AS ENEMIES AND ARRANGED FOR GLADIATOR STYLE BATTLE MATCHES BETWEEN PLAINTIFF AND THOSE INMATES AND (SEE NEXT PAGE)

CLAIM 4: PLAINTIFF SUFFERED CRUEL AND UNUSUAL PUNISHMENT WAS DENIED MEDICAL TREATMENT IN FURTHERANCE OF THE RETALIATORY ACTS OF THE DEFENDANTS

Supporting Facts: ON OR ABOUT AUGUST 17, 2021 THROUGH ON OR ABOUT OCTOBER 20, 2021, DEFENDANT MIMS REFUSED TO TREAT (SEE PAGE 9)

CLAIM 1 CONTINUED, AND RECEIVED INJURIES to HIS EYE, BACK AND PENIS. (SEE ATTACHED itemized List of STOLEN PROPERTY).

CLAIM 2 CONTINUED: AND FURTHER, IN RETALIATION FOR PLAINTIFF COMING FORTH WITH HIS complaint ABOUT SKINNER, PITT AND THE INMATES, SANDERS AND HUDGINS FORCED PLAINTIFF INTO CELLS WITH INMATES HE IDENTIFIED AS ENEMIES, WHERE PLAINTIFF WAS ASSAULTED AND SUSTAINED INJURIES to HIS HEAD AND HANDS. AFTER BEING SEXUALLY ASSAULTED BY SKINNER AND PITT PLAINTIFF REPORTED IT TO SANDERS AND HUDGINS AND THEY FAILED to TAKE ANY CORRECTIVE ACTION AND ALLOWED SKINNER AND PITT to STILL HAVE ACCESS to THE PLAINTIFF AND CONTINUE THEIR RETALITARY ACTIONS DESCRIBED HEREIN. IN FURTHER RETALIATION FOR PLAINTIFF COMING FORTH WITH HIS COMPLAINTS, DEFENDANTS SKINNER, PITT AND SANDERS PLACED PLAINTIFF IN ISOLATION WHICH CONTINUED UNTIL ON OR ABOUT OCTOBER 20, 2021, WHICH TRIGGERED A FORFEITURE OF GOOD TIME CREDITS AND AN UNCONSTI-TUTIONAL LENGTHENING OF SENTENCE. WHILE IN ISOLATION, PLAINTIFF WAS KEPT INCOMMUNICADO, AND DENIED ACCESS to FAMILY FRIENDS AND THE COURTS, WAS FORCED into CELLS WITH NO PLUMBING, VENTILATION, AND THE lights REMAINED ON AT ALL TIMES, NO OUT OF CELL TIME WAS PERMITTED, NO ACCESS to EMERGENCY HEALTH CARE AND CONSTANT EXPOSURE to COVID-19, AND PLACEMENT WAS INDEFINITE.

CLAIM 3 CONTINUED: REFUSED to SEPERATE THE PLAINTIFF

- 8 (a) -

OR MOVE THE ENEMY INMATE FROM THE PLAINTIFF GAVE NOTICE TO THE ENEMY ATTACKING AND SELF-ADMITTED INDIVIDUALLY AND COLLECTIVELY, THAT THEIR ACTIONS WERE IN RETALIATION FOR PLAINTIFF COMING FORWARD WITH HIS COMPLAINTS OF SEXUAL ASSAULT AND SEXUAL HARASS-MENT AGAINST SKINNER, NH, AYRES AND WARE. AS A RESULT OF THE ACTIONS OF THESE DEFENDANTS, PLAINTIFF SUFFERED MULTIPLE CUTS, ABRASIONS, A CONCUSSION, ANXIETY AND DEPRESSION. DURING THIS PERIOD, DE-FENDANTS CARR, HENDERSON AND COUCH, OBSERVED ALTER-CATIONS BETWEEN THE PLAINTIFF AND CELLMATES, AND CLEARLY OBSERVED INJURIES WHILE VISITING THE CELL, AND TOOK NO CORRECTIVE ACTION.

CLAIM 4 SUPPORTIVE FACTS continued: REFUSED TO PRO-VIDE PLAINTIFF WITH HIS LIFE SUSTAINING MEDICATIONS AND REFUSED TO TREAT PLAINTIFF'S HEARING OF VOICES, ANXIETY, DEPRESSION, AND CHRONIC PAIN. AS A RESULT OF THIS DEFENDANTS ACTIONS, SOME OF THE HEAD, ARM, LEG AND GROIN INJURIES HAVE BECOME PERMANENT, AND PLAINTIFF SUFFERED UNDUE PROLONGED PAIN. DEFENDANT MIMS SELF-ADMITTED THAT THESE ACTIONS WERE IN RETALIATION FOR PLAINTIFF ATTEMPTING TO FILE GRIEVANCES AGAINST HIM AND OTHER HEALTH SERVICES STAFF. ON OR ABOUT AUGUST 17, 2021 THROUGH ON OR ABOUT OCTOBER 20, 2021 DEFENDANT COUCH REFUSED TO TREAT THE PLAINTIFF FOR HIS PARANOID SCHIZOPHRENIA, ANXIETY AND DEPRESSION, AND SELF-ADMITTED THAT THE REFUSAL WAS IN RE-TALIATION FOR THE PLAINTIFF ATTEMPTING TO FILE GRIEVANCES ON HER, MENTAL HEALTH AND HEALTH SERVICES STAFF, WHICH CAUSED PLAINTIFF MENTAL HEALTH TO DETIORATE.

- 8(b) -

CLAIM 4 Supporting Facts Continued

PLAINTIFF FOR THE INJURIES SUFFERED DURING THE SEXUAL ASSAULTS DESCRIBED HEREIN; REFUSED TO TREAT PLAINTIFF FOR HIS HEART AND BALANCE CONDITION; REFUSED TO TREAT PLAINTIFF FOR THE INJURIES SUFFERED IN THE ENEMY CLIMATE ALTERCATIONS (SEE PAGE 8 (b))

CLAIM 5: PLAINTIFF WAS DENIED ACCESS TO THE COURTS WHICH CAUSED THE DISMISSAL OF A CASE, AND ADVERSE RULINGS IN OTHER CASES; AND A DELAY IN FILING THIS INSTANT ACTION

Supporting Facts: ON OR ABOUT AUGUST 17, 2021 AND CONTINUING TO DATE, DEFENDANTS CARR, HENDERSON, HIXENBAUGH, McDUFFIE, BURKE, WYLES AND HUDGINS, SEIZED ALL OF THE PLAINTIFFS LEGAL DOCUMENTS AND LEGAL MATERIALS AND PERSONAL PROPERTY, AND DID SO WITH THE EXPRESSED INTENT OF DENYING PLAINTIFF ACCESS (SEE PAGE 9A)

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

SCRAPES AND PUNCTURE WOUNDS ON PENIS, SCROTUM, FACE, NECK, HANDS, KNEES, ARTHRITIS IN BACK; COVID-19 CONTRACTION; LOSS OF CIVIL CASE; ADVERSE RULINGS IN BOTH CRIMINAL AND CIVIL CASES; ANXIETY, DEPRESSION, SCHIZOPHRENIA, LOSS OF PROPERTY (SEE ATTACHED ITEMIZED LIST OF STOLEN PROPERTY)

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

TRIAL BY JURY; INJUNCTION DIRECTING DEFENDANTS TO CEASE ACTS DE-SCRIBED HEREIN; RETURN ALL PLAINTIFFS PROPERTY; PROVIDE MEDICAL TREATMENT; $100,000.00 IN COMPENSATORY DAMAGES; ONE MILLION DOLLARS IN PUNITIVE DAMAGES; CIVIL COMMITMENT; AND A REFERRAL TO THE OIG FOR ALL ACTS THAT CONSTITUTE CRIMES PLAINTIFF ALSO SEEKS A DECLARATORY JUDGMENT THAT HIS CONSTITUTIONAL AND STATUTORY RIGHTS WERE VIOLATED.

CLAIM 5 SUPPORTING FACTS CONTINUED:

to THE COURTS, THE REFUSAL to ALLOW PLAINTIFF ACCESS to HIS LEGAL MATERIALS, PREVENTED HIM FROM MAKING A FILING DEADLINE IN A THEN PENDING CASE, RESULTING IN ITS DISMISSAL, AND PREVENTED PLAINTIFF FROM FILING RESPONSES FOR DEADLINES IN OTHER PENDING MATTERS, AND DELAYED THE RESEARCH NECESSARY to FILE THIS INSTANT ACTION; THESE DEFENDANTS CONTINUE to WITH-HOLD PLAINTIFF'S LEGAL MATERIALS to DATE.

ON OR ABOUT AUGUST 17, 2021, DEFENDANTS CARR, HENDERSON, WYLES, PITT, PARKER, BYRD, WARE, DAVIS, AND HUGGINS, REFUSED to PRO-VIDE PLAINTIFF AN INK PEN OR ACCESS to A TYPE WRITER, IN ORDER to PREPARE HIS LEGAL DOCU-MENTS FOR COURT, AND DID SO WITH THE EX-PRESSED INTENT OF DENYING PLAINTIFF ACCESS to THE COURTS. AS A RESULT OF THESE DEFENDANTS ACTIONS, PLAINTIFF MISSED A FILING DEADLINE IN A THEN PENDING CASE, RESULTING IN THE DISMISSAL OF THAT CASE. FURTHER, PLAINTIFF WAS PREVENTED FROM TIMELY FILING RESPONSES to ADVERSE PARTY ACTIONS IN PENDING CASES, to INCLUDE PLAINTIFF'S CRIMINAL MATTER, RESULTING IN ADVERSE RULINGS

- 9 A -

AGAINST HIM. (SEE ATTACHED ITEMIZED LIST OF STOLEN PROPERTY.)

CLAIM 6. DEFENDANTS DENIED THE PLAINTIFF ACCESS TO THE COURT.

SUPPORTING FACTS: ON OR ABOUT AUGUST 17, 2021, AND CONTINUING TO DATE, DEFENDANTS HIXENBAUGH, McDUFFIE, AND HUDGINS, REFUSED TO ISSUE PLAINTIFF COMPLAINT FORMS, AND AD-MINISTRATIVE REMEDY FORMS, WITH THE EXPRESSED PURPOSE OF PREVENTING PLAINTIFF FROM EXHAUSTING THE GRIEVANCE PROCEDURE SO THAT HE COULD PURSUE THIS INSTANT SUIT. THESE DEFENDANTS CLAIM THEY DO NOT ALLOW INMATES TO FILE GRIEVANCES AT USP-HAZELTON, NOR TO APPEAL DISCIPLINARY ACTION. THESE DEFENDANTS IN-FORMED ATTORNEY WILLIAM MOTT, WHOM REPRESENTED PLAINTIFF IN AN UNRELATED MATTER, THAT THEY WILL NOT ISSUE GRIEV-ANCE FORMS TO THE PLAINTIFF. ON OR ABOUT AUGUST 17, 2021 AND CONTINUING TO DATE, DE-FENDANTS KIDNER AND HUDGINS CONFISCATED ALL OF THE PLAINTIFF'S INCOMING MAIL, TO IN-CLUDE MAIL FROM THE COURTS AND PLAINTIFF ATTORNEYS, AND DID SO WITH THE EXPRESSED

- 9(b)-

PURPOSE OF DENYING PLAINTIFF ACCESS TO THE COURT. THESE DEFENDANTS SELF-ADMITTED THAT THEY ARE STILL HOLDING ALL OF THE ORIGINAL LETTERS SENT TO THE PLAINTIFF. THESE DEFENDANTS ALSO STOLE 25 GREETING CARDS, AND 100 PERSONAL PHOTOGRAPHS FROM THE PLAINTIFF'S MAIL, AND CONTINUE TO POSSESS THESE ITEMS TO DATE.

CLAIM 7 : DEFENDANTS SEXUALLY ABUSED AND HARASSED THE PLAINTIFF

SUPPORTING FACTS: ON OR ABOUT AUGUST 17, 2021, DEFENDANTS BYRD AND WARE INFORMED PLAINTIFF THAT DEFENDANTS SKINNER AND PITT HAD TOLD THEM THE PLAINTIFF WAS WELL ENDOWED AND PRODUCED A LARGE VOLUME OF SEMEN WHEN EJACULATING, FOR THAT CAUSE THEY FORCED THE PLAINTIFF TO STRIP, AND FONDLED PLAINTIFF PENIS IN AN ATTEMPT TO SEXUALLY AROUSE HIM SO THEY COULD SEE EXACTLY HOW LONG HIS PENIS WAS, AND MEASURE THE AMOUNT OF HIS EJACULATION. ON OR ABOUT AUGUST 17, 2021, AND CONTINUED TO DATE, DEFENDANTS SKINNER CARR, MCDUFFIE, PITT, BYRD WARE, COUCH AND HUD-GINS, HAVE PREVENTED THE PLAINTIFF FROM MAKING A CRIMINAL COMPLAINT WITH THE OFFICE OF INSPECTOR GENERAL (OIG) AND OFFICE OF INTERNAL AFFAIRS (CIA)

- 9 (c) -

FEDERAL BUREAU OF PRISONS (BOP) REGARDING THE SEXUAL ASSAULTS IN VIOLATION OF THE RIGHT TO FREE SPEECH BY INTERCEPTING PLAINTIFFS OUTGOING LETTERS TO THOSE AGENCIES, AND NOT ALLOWING PLAINTIFF TO CALL THOSE AGENCY HOTLINES AND MAKE HIS REPORT THE SEXUAL ASSAULTS, AFTER USP-HAZELTON STAFF REFUSED TO TAKE THE REPORTS AND INVESTIGATE THEM.

CLAIM 2: PLAINTIFF SUFFERED CRUEL AND UNUSUAL PUNISHMENT, AND PUNISHMENT WITHOUT DUE PROCESS. SUPPORTING FACTS: ON OR ABOUT AUGUST 17, 2021, AND CONTINUING TO DATE, DEFENDANTS CARR, HENDERSON, WYLES, PITT, BYRD, WARE, MIMS AND HUDGINS, CONFISCATED THE PLAINTIFFS PERSONAL MEDICAL WALKER, AND STATED THEY WOULD NOT RETURN IT UNLESS PLAINTIFF SIGNED DOCUMENTS AGREEING NOT TO PURSUE HIS SEXUAL ASSAULT COMPLAINTS, AND COMPLAINTS REGARDING BEING HELD IN ISOLATION AND DENIED MEDICAL TREATMENT. WITHOUT HIS WALKER, PLAINTIFF HAS FALLEN SEVERAL TIMES, AND AT VARIOUS TIMES BEEN UNABLE TO MOVE. EACH FALL INVOLVED INJURIES TO PLAINTIFF AS DESCRIBED IN THE "INJURY" SECTION OF THIS COMPLAINT.

- 9(d) -

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at  USP~BEAUMONT, TX  on  1-14-22                      .
           (Location)                 (Date)

Wallace Mitchell
Your Signature

ITEMIZED LIST OF STOLEN PROPERTY

| AMOUNT | ITEM | ¢ VALUE |
|---|---|---|
| 3 | BOOKS OF STAMPS | 33.00 |
| 3 | PHOTOCOPY CARDS | 21.00 |
| 5 | PHOTO TICKETS | 5.00 |
| 2 | MP-3 PLAYERS | 177.20 |
| 1 | CL-20 HEADPHONES | 35.00 |
| 1 | R-10 HEADPHONES | 39.00 |
| 1 | SELF CHARGE RADIO | 70.00 |
| 1 | SONY DIGITAL RADIO | 55.00 |
| 1 | G-SHOCK WRISTWATCH | 34.00 |
| 1 | SILVER RELIGIOUS NECKLACE | 500.00 |
| 1 | GOLD RELIGIOUS NECKLACE | 150.00 |
| 1 | PAIR DENTURES | 700.00 |
| 1 | TIMEX IRONMAN WATCH | 34.00 |
| 1 | AUTOGRAPHED SCACRIFICE NOVEL | 100.00 |
| 100 | PERSONAL FAMILY PHOTOGRAPHS | 1,000.00 |
| MULTIPLE | LEGAL DOCUMENTS AND EXHIBITS | 5000.00 |
| 1 | FULL SET SWEAT SUIT | 100.00 |
| 2 | SETS OF THERMAL UNDERWEAR | 50.00 |
| 1 | BLACK'S LAW DICTIONARY | 125.00 |
| 1 | PAIR CARLETT SAFETY GLASSES | 75.00 |
| 1 | PAIR CARTIER PRESCRIPTION GLASSES | 200.00 |
| 12 | FAMILY OBITUARIES | 200.00 |
| 1 | PERSONAL ADDRESS BOOK | 500.00 |
| 4 | PERSONAL T-SHIRTS | 40.00 |
| 6 | PAIRS BOXER BRIEFS | 48.00 |

-11-

## Itemized list of stolen property continued

| Amount | Item | Value |
|---|---|---|
| 2 | Toenail clippers | 2.20 |
| 2 | Tweezers | 1.80 |
| 3 | Prayer oils | 12.00 |
| 1 | Pair Nike Tennis shoes | 70.00 |
| 10 | Double A Batteries | 20.20 |
| 1 | Knee Brace | 11.00 |
| 1 | Medical Walker | 900.00 |
| 1 | Ankle Brace | 10.80 |
| 1 | 64 oz pitcher | 8.00 |
| 1 | Coffee mug | 5.00 |
| 2 | Ear Buds | 14.00 |
| 1 | 2021 Almanac | 45.00 |
| 1 | Pair Rayban Sun Glasses | 15.00 |
| 1 | Sewing Kit | 3.00 |
| 2 | Crest toothpaste | 7.40 |
| 2 | Denture Cleaners | 8.00 |
| 2 | Magnum 5 track Razors | 20.00 |
| 3 | Degree Deodorants | 9.00 |
| 2 | Knit Hats | 10.00 |
| 1 | Doo Rag | 3.00 |

Total $1,011.20

- 11 (2) -